LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

MAY 0 8 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00028 |
| Plaintiff, | **INFORMATION** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** |
| JACOB JOSEPH SANTIAGO, | [18 U.S.C. § 641] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

Beginning on or about December 17, 2007, and continuing up to on or about February 22, 2008, in the District of Guam, the defendant, JACOB JOSEPH SANTIAGO, willfully and knowingly, did steal and purloin United States currency and property from the Navy Exchange, Guam, of the value of less than $1000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 8th day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney