# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City: Hagatna

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment: _____ Docket Number **08-00028**

Same Defendant: _____ New Defendant: X

Search Warrant Case Number: _____

R 20/ R 40 from District of: _____

**Defendant Information:**

Juvenile: Yes ___ No X    Matter to be sealed: ___ Yes  X  No

Defendant Name: Jacob Joseph Santiago

Allisas Name: _____

Address: _____

Tamuning, Guam

Birth date: XX/XX/1987   SS#: XXX-XX-7975   Sex: M   Race: CH   Nationality: US

**U.S. Attorney Information:**

SAUSA: Ryan M. Anderson

Interpreter: X No ___ Yes    List language and/or dialect: N/A

**Location Status:**

Arrest Date: 28 Feb 08

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED MAY 09 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: 3    ___ Petty  X Misdemeanor  ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 7(3) and 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL | 1 |
| Set 2 | 18 U.S.C. § 7(3) and 13 | DUI (BAC) | 1 |
| Set 3 | 18 U.S.C. § 7(3) and 13 | NO DRIVER'S LICENSE | 1 |
| Set 4 | | | |

(Continued on reverse)

Date: _____   Signature of SAUSA: _____