# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-08-00028                    DATE: May 13, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present                          Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio       Electronically Recorded: 9:33:18 - 9:48:42

**APPEARANCES:**

Defendant: Jacob Joseph Santiago            Attorney: Richard Arens
☑Present ☐Custody ☐Bond ☐P.R.       ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Greg Parker                         U.S. Agent:
U.S. Probation: None Present
Interpreter:                                               Language:

**PROCEEDINGS: Change of Plea**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant waives his right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: August 11, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: July 7, 2008
- Response to Presentence Report: July 22, 2008
- Final Presentence Report due to the Court: August 4, 2008
- Defendant released.

NOTES: