# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 08-00028-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JACOB JOSEPH SANTIAGO | ) | |
| Defendant. | ) | |
| | ) | |

Re:  **Informational Violation Report**

On May 13, 2008, the above-referenced defendant came before the Court for an Initial Appearance, Filing of Information, Waiver of Indictment, and Entry of Plea. He entered a guilty plea to the offense, to wit: Theft of Government Property, in violation of Title 18, United States Code, Section 641. The sentencing hearing is scheduled for August 11, 2008. Following the hearing, the defendant was released on a personal recognizance bond with conditions. On May 27, 2008, he reported to the U.S. Probation Office for processing and is alleged to have violated the following condition:

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.* On May 27, 2008, after being processed for pretrial supervision, the defendant was subjected to drug testing which was positive for marijuana. The defendant signed an Admission of Drug/Alcohol Use form and attested that his last usage of marijuana was on May 12, 2008. He was counseled about further drug use and has been referred to the Partnership of Melendez and Benavente for drug testing as part of his pretrial release conditions.

**Supervision Compliance:** The Probation Officer has no information to suggest that the defendant has not complied with other conditions of pretrial release.

**Informational Violation Report**
Re: SANTIAGO, Jacob Joseph
June 3, 2008
Page 2


**Recommendation:** This report is informational in nature and the Probation Officer respectfully requests that no action be taken. Special Assistant United States Attorney Ryan Anderson and Assistant Federal Public Defender Richard Arens have been informed of the violation conduct.

            Respectfully submitted,

            ROSSANNA VILLAGOMEZ-AGUON
            Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
          U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
 Supervision Unit Leader

cc: Ryan Anderson, SAUSA
   Richard Arens, AFPD
   File