# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | USDC Cr. Cs. No. 08-00028-001 |
|            Plaintiff, ) | |
| vs. ) | **REQUEST TO CONTINUE SENTENCING** |
| ) | **HEARING** |
| JACOB JOSEPH SANTIAGO ) | |
| ) | |
|            Defendant. ) | |
| ) | |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for August 11, 2008. The probation officer requests that the Court continue sentencing to September 22, 2008. The continuance is necessary to gather additional information regarding the defendant's personal history. Both parties have no objections to a continuation.

RESPECTFULLY submitted this   __23rd__   day of July 2008.

                                              ROSSANNA VILLAGOMEZ-AGUON
                                              Chief U.S. Probation Officer

By:   /s/ STEPHEN P. GUILLIOT
                            U.S. Probation Officer

Reviewed by:


/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist